UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL ACTION NUMBER

_____

LARRY COCHRAN  # 08893-027
        Plaintiff,  FCI, · POB 600)
Larry Cochran Auth. Rep.  Glenville, WV
        Plaintiff  26351

vs.

EXECUTIVE OFFICE FOR
U.S. ATTORNEYS, DEPT. OF JUSTICE,

DEPARTMENT OF TREASURY,
        Defendants.

COMPLAINT FOR DAMAGES

5 USC 552a (4)(d)(1)
5 USC 552a (g)(1)(B)(D)
5 USC 552a (g)(3)(A)
5 USC 552a (g)(3)(B)(4),
        (A)(B)(5)
5 USC 552a (b)(d)(1)(2)

Case: 1:08-cv-01446
Assigned To : Collyer, Rosemary
Assign. Date : 8/20/2008
Description: FOIA/Privacy Act

JURY ACTION

JURY TRIAL DEMAND

RECEIVED

AUG 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Cover Page

## INTRODUCTORY STATEMENT

¶1  This is an action pursuant to the Freedom of Information Act by an inmate at a Federal Correctional Institution,Gilmer, in West Virginia state. The Plaintiff an inmate at (FCI) Gilmer filed and/or submitted a request for FULL DISCLOSURE and RELEASE OF RECORDS concerning any and all Criminal Bonding Information to the Executive Office For the U.S. Attorney, Department of Justice on March 2nd, 2008. The Defendant (through William G. Stewart) responded, requesting the Plaintiff revise his request and that after the revision he would receive the requested information in twenty(20) working days. The Plaintiff sent several more inquiries when he did not receive information in twenty(20) working days the Defendant, to this date has not responded or sent requested information.

¶2  The Plaintiff did send a request to Henry M. Paulson d.b.a. Secretary of the Department of Treasury, requesting a Debt Assessment of all Public and Private Accounts, Debts, Liabilities, Transactions and all Bonding Information in the name LARRY COCHRAN. Mr. Paulson referred this request to Hugh Gilmore d.b.a. Director of Disclosure services, who, no matter how many times the Plaintiff clarifies his request and specifies the particular and specific information requested, continues to send form letters asking Plaintiff to be more specific. These Defendant(s) violated 5 USC 552(a)(4)(d)(1),  5 USC 552a (g)(1)(B)(D),  5 USC 552a (g)(3)(A), 5 USC 552a (g)(3)(B)(4) of the Freedom of Information Act. In ¶1, said Defendant has failed to respond or provide the Plaintiff with his requested information. In ¶2, said Defendant has failed to properly respond or provide Plaintiff with requested information. The Plaintiff seeks damages and the requested Bonding Information and Debt Assessment. 5 USC (g)(3)

(A)(B)(4)(A)(B)(5).

## JURISIDICTION

¶3   Action is brought pursuant to 5 USC 552a (4)(d)(1), 5 USC 552a (g)
(1)(B)(D), 5 USC 552a (g)(3)(A), 5 USC 552a (g)(3)(B)(4)(A)(B)(5). 5 USC
552a (b)(d)(1)(2).

## PARTIES

¶4   Plaintiff LARRY COCHRAN, is a government created corporate Legal
Fiction, a strawman, tradename, transmitting utility, and Ens Legis
Debtor to the Secured Party/Creditor Larry Cochran.

Plaintiff Larry Cochran, is a Sovereign Secure Party/Creditor, a
"Living Soul", the Principal, Record Owner, Holder-In-Due-Course,
Authorized Representative, and Paramount Creditor of the Debtor LARRY
COCHRAN.

¶5   At all times relevant to this action, Defendant(s) United States
Department of Justice Executive Office of the U.S. Attorneys, and Depart-
ment of Treasury agencies and/or sub-corporations of the corporate United
States of America, house the records requested by and for the United
States.

A. At all relevant times, these Defendant(s) were agencies and/or
sub-corporations for the corporate United States of America, United
States Department of Justice and Department of Treasury violated 5 USC
552a (Freedom of Information Act) by failing to properly answer or
provide the Plaintiff with the request information and/or documentation.

B. These Defendant(s) are being sued for withholding requested infor-
mation pursuant to the Freedom of Information Act. Plaintiff seeks an
order from the Court for the relinquishment of withheld requested infor-
mation by Defendant(s) and damages for "Willfullness" in actions.

COMPLAINT

¶6  On or about March 2nd, 2008, in the City of Chicago, Illinois state. The Plaintiff an inmate at the Chicago Metropolitan Correctional Center in Chicago in Illinois state, filed and/or submitted a request for all Criminal Bonding Information pursuant to the Freedom of Information Act 5 552a (a)(4)(d)(1) to Defendant Executive Office Of the U.S. Attorneys, Department of Justice 600 E. Street, N.W. suite 7300 Bicentennial Building, Washington , D.C.

¶7  This request was for FULL DISCLOSURE and RELEASE OF RECORDS maintained by the Executive Office of the U.S. Attorneys, concerning Criminal Bonding and Judgment Numbers in Account/Case No. 0755 2:06-cr-00114 -001, Department of Justice. The Plaintiff specifically requested the following; (1) CRIMINAL BONDING INFORMATION, (2) JUDGMENT NUMBERS INFORMATION, (3) COMMERCIAL BONDING CERTIFICATION, (4) NOTED CRIMINAL CASE BONDING and/or the pledge for the Financing of the Criminal Case(s), (5) CERTIFIED TRUE, CORRECT, AND COMPLETE COPIES OF BOND(S) AND JUDGMENT(S), AND IDENTIFICATION NUMBER(S), (6) Certified Identification of the amount secured per Bond per each offense charged, (7) The expiration date of Bond(s) and Judgment(s), (8) Which Government body is holding these Bond(s), and Secured these Bond(s), (9) Any and all records concerinig these Bond(s) not otherwise exempt by 5 USC.

¶8  The Defendant replied to this request, by and through William G. Stewart Assistant Director Executive Office of U.S. Attorney, with a correspondence informing the Plaintiff that he should revise and/or shorten his request and the information Plaintiff sought could and would be sent to him within twenty(20) working days.

¶9  Plaintiff honored this request and shortened  his request to the following:

-3-

A.  Criminal Bonding Information for Case No. 2:06-cr-114 LARRY COCHRAN, Northen District of Indiana; Certified True, Correct, and Complete copies of Bond(s) (i.e., Standard Forms SF273, SF274, SF275, "MILLER ACT" BOND(S), NON-MILLER ACT BOND(S)), and Identification Number(s) of Bond(s) and Judgment(s), Certified identification of Amount Secured per Bond, and What Government Body Secured and Holds and Creayed Bond(s).  (Sent off and/or mailed on 4/19/08)

¶10  After the expiration of the twenty(20) working days the Plaintiff wrote several more correspondnece to the Defendant, via William G. Stewart, which to this day Plaintiff has received no: response.

¶11  The Plaintiff seeks an order from this Court directing the Defendant, Executive Office of the U.S. Attorney Department of Justice to provide the information, document(s) and/or Data/Records requested in ¶9(A.), pursuant to 5 USC 552a (g)(3)(A).

COMPLAINT (PART II)

¶12  On or about May 25th, 2008, the Plaintiff an inmate at Federal Correctional Institution (FCI) Gilmer, West Virginia  state, filed and/or submitted a request for Debt Assessment(s) and any and all Public and Private information about Treasury Account(s), in the Debtor's LARRY COCHRAN  name, with the Department of the Treasury via Henry M. Paulson d.b.a. Secretary of the Treasury.

¶13  On June 13th, 2008, the Plaintiff was sent a correspondence from Hugh Gilmore d.b.a. Director of Disclosure Services Department of Treasury, indicatng that the Plaintiff's request was forwarded to him. Mr. Gilmore also indicated that the Plaintiff needed to send a varification of identity, and needed to make his request more specific. The Plaintiff complied with these instructions and sent an Identity Certification as

well as a more specific request. Plaintiff requested the following:

A. A complete Debt Assessment of all the Debtor's LARRY COCHRAN Debt(s) and/or Liabilities, a complete Assessment of all Public and Private Account(s) under the Debtor's LARRY COCHRAN and all Bond(s) or Bonding Information in the Debtor's LARRY COCHRAN name.

B. Also, Any and all Acount Information and/or Transactions concern- the following Treasury Accounts in the Debtor's LARRY COCHRAN name, or the Sovereign Secured Party Creditor's Larry Cochran name; UCC Contract Trust Account 334507332, Treasury Account RR 065 967 566 US, Exemption Account 334507332 and the like in either of the aforementioned names.

¶14   However, from that moment to the present date, Plaintiff has written several requests and letters to Hugh Gilmore and the Department of Treas- ury, and receives nothing but the same form latter stating the same thing.

¶15   Plaintiff   seeks an order from this Court directing the Department of Treasury, Henry M. Paulson d.b.a. Secretary of Treasury, or Hugh Gil- more d.b.a. Director of Disclosure Services to provide the Plaintiff with requested information in ¶13(A)(B) pursuant to 5 USC 552a (g)(3)(A).

¶16   The Plaintiff contends that the Defendant(s) have "Willfully" and "Intentionally" withheld the requested document(s)/record(s)/Data/Infor- mationin ¶9(A) and ¶13(A)(B) in an attempt to cover up its agency's par- ticipation in the Fraud which brought about the illegal incarceration of this "Living Soul", Sovereign Secured Party Creditor Larry Cochran.

¶17   The Defendant(s) are in clear violation of the law. There is no question that the Defendant(s) have attempted to withhold this vital information from the Plaintiff in violation of the Freedom of Information Act 5 USC 552a. This action was done both "Knowingly and Willingly" in an attempt to hinder Plaintiff from his request in ¶9(A) and ¶13(A)(B).

Defendant(s) should in fact be penalized pursuant to 5 USC 552a (g)(B) (4)(A)(B). The Delay and Denial of Plaintiff's requested information in ¶9(A) and ¶13(A)(B) has hindered the Plaintiff in his Habeas Corpus proceedings as said document(s)/Information are to be presented as exculpatory evidence to assist in exonerating the Plaintiff and bringing about Plaintiff's release from an illegal incarceration. There is no doubt Plaintiff has sustained damage from this "Willful" action by the Defendant(s). The Plaintiff seeks full disclosure of all information requested in ¶9(A) and ¶13(A)(B) and the award of actual damges in his favor.

### CLAIM

5 USC 552a (4)(d)(1)
5 USC 552a (g)(1)(B)(D)
5 USC 552a (g)(3)(A)
5 USC 552a (g)(3)(B)(4)
5 USC 552a (g)(3)(B)(4)(A)(B)(5)
5 USC 552a (b)(d)(1)(2)

The Defendant has violated the Freedom of Information Act and caused grave injure to the Plaintiff.

### PRAYER FOR RELIEF

Wherefore, Plaintiff prays that this Court:

A. Enter Judgment in Plaintiff's favor against Defendant(s) for violation of the Freedom of Information Act in the amount of (10,000,000.00) TEN MILLION DOLLARS in damages.

B. Order FULL DISCLOSURE of Information/Data/Record(s)/document(s) in ¶9(A) and ¶13(A)(B) to the Plaintiff from Defendant, and provide proof of Delivery.

C. Award Plaintiff cost of action with reasonable Attorney's Fees.

D. Award Plaintiff any other relief deemed appropriate by the Court.

## JURY DEMAND

The Plaintiff demands a trial by jury on all issues properly so triable in this matter. I declare under penalty of perjury that the foregoing is true, correct and complete and accurate.

Respectfully submitted,
Without Prejudice

Restricted Signature

Larry Cochran-Sovereign
Secured Party Creditor
c/o 201 FCI Lane                          Principal, Record Owner
    Glenville, West Virginia              Holder-In-Due-Course,
              [26351]                     Authorized Representative
                                          and Paramount Creditor of
                                          the Debtor LARRY COCHRAN
                                          Ens LEGIS.

I
08-1446
RMC

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Larry Cochran

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 08893-027

## DEFENDANTS

Executive Office for US Attorneys, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-01446
Assigned To : Collyer, Rosemary M
Assign. Date : 8/20/2008
Description: FOIA/Privacy Act

JURY

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

4

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**Y. ORIGIN**

☒ 1 Original
Proceeding

☐ 2 Removed
from State
Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated
or Reopened

☐ 5 Transferred from
another district
(specify)

☐ Multi district
Litigation

☐ 7 Appeal to
District Judge
from Mag.
Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (FOIA)

**VII. REQUESTED IN
COMPLAINT**

CHECK IF THIS IS A CLASS
☐    ACTION UNDER F.R.C.P. 23

**DEMAND $**
$10 million

Check YES only if demanded in complaint
JURY DEMAND: ☒ YES    ☐ NO

**VIII. RELATED CASE(S)
IF ANY**   (See instruction)

☐ YES  ☒ NO    If yes, please complete related case form.

DATE  8/20/08    SIGNATURE OF ATTORNEY OF RECORD  NCD

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd