7/18/02

UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LARRY COCHRAN/Debtor
Larry Cochran Auth. Rep.

_____
Plaintiff (s)

v.

Department of Justice
Department of Treasury

_____
Defendant(s)

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

CASE NUMBER **08 1446**

JUDGE _____

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **Larry Cochran Auth. Rep.**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # **[08893-027]**   Name of prison or jail: **FCI Gilmer**
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: _____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: **0**
   Name and address of employer: **N/A**

   a. If the answer is "No":
      Date of last employment: **N/A**
      Monthly salary or wages: **N/A**
      Name and address of last employer: **N/A**

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes ☒No
      Amount _____  Received _____

**RECEIVED**
AUG 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                ☐Yes    ☒No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

    f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____ Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: August 6th, 2008

_Without Prejudice_

_____ Auth. Rep.
Signature of Applicant

Larry Cochran Auth. Rep.
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, LARRY COCHRAN, I.D.# [08893-027], has the sum of $ 1.39 on account to his/her credit at (name of institution) FCI Gilmer, W.V. I further certify that the applicant has the following securities to his/her credit: 1.31. I further certify that during the past six months the applicant's average monthly deposit was $ 0.73. (Add all deposits from all sources and then divide by number of months).

8/6/08
DATE

_____ AYCSW FCI Gilmer, NV
SIGNATURE OF AUTHORIZED OFFICER

David Rich
(Print name)

rev. 7/18/02

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 08893027 | Current Institution: | Gilmer FCI |
| Inmate Name: | COCHRAN, LARRY | Housing Unit: | GIL-A-C |
| Report Date: | 07/14/2008 | Living Quarters: | A03-203L |
| Report Time: | 8:50:20 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

# General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3104 |
| PAC #: | 154276848 |
| FRP Participation Status: | Participating |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 1/4/2007 |
| Local Account Activation Date: | 4/9/2008 4:30:58 AM |
| Sort Codes: | |
| Last Account Update: | 7/10/2008 12:11:36 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

# Account Balances

| | |
|---|---|
| Account Balance: | $1.39 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $1.31 |
| SPO Encumbrance: | $0.00 |

|                                     |         |
|------------------------------------:|:--------|
| Other Encumbrances:                 | $0.00   |
| Outstanding Negotiable Instruments: | $0.00   |
| Administrative Hold Balance:        | $0.00   |
| Available Balance:                  | $0.08   |
| National 6 Months Deposits:         | $0.43   |
| National 6 Months Withdrawals:      | $0.00   |
| National 6 Months Avg Daily Balance:| $1.05   |
| Local Max. Balance - Prev. 30 Days: | $0.00   |
| Average Balance - Prev. 30 Days:    | $1.39   |
| Inmate Qualifies for OTC Medication |         |
| This Inmate is Indigent             |         |

## Commissary History

**Purchases**

|                             |              |
|----------------------------:|:-------------|
| Validation Period Purchases:| $0.00        |
| YTD Purchases:              | $0.00        |
| Last Sales Date:            | No Comm Sales|

**SPO Information**

|                      |       |
|---------------------:|:------|
| SPO's this Month:    | 0     |
| SPO $ this Quarter:  | $0.00 |

**Spending Limit Info**

|                             |          |
|----------------------------:|:---------|
| Spending Limit Override:    | No       |
| Weekly Revalidation:        | No       |
| Bi-Weekly Revalidation:     | No       |
| Spending Limit:             | $290.00  |
| Expended Spending Limit:    | $0.00    |
| Remaining Spending Limit:   | $290.00  |

## Commissary Restrictions

**Spending Limit Restrictions**

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

# Comments

Comments: