```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

Larry Cochran Auth.Rep.           )
Secured Party/Creditor            )
By **Special Appearance**         )     CIVIL ACTION NUMBER
          Plaintiff,              )
                                  )         08-1446
vs.                               )
                                  )
EXECUTIVE OFFICE FOR U.S. ATTORNEYS )   MOTION IN SUPPORT OF
DEPARTMENT OF JUSTICE             )     ISSUANCE OF SUBPOENA
                                  )     DUCES TECUM
DEPARTMENT OF TREASURY et al,     )     ********************
          Defendant(s)            )
                                  )

COMES NOW, the Plaintiff in the above Civil Action pursuant to FRCVP Rule 44 and F.R.E. 902 and moves this Courtfor Issuance of Subpoena Duces Tecum in conjunction with complaint, in order that both the Court and the Plaintiff may possess discovery and cause of complaint.

                    STATEMENT IN SUPPORT

The Court has accepted the Plaintiff's complaint and issued a Civil Action Number alloeing him to proceed. Plaintiff is incarcerated and is denied access documents relied upon to demonstrate validity of complaint which expose the true cause of injury. Said denial under administartion deprives the Plaintiff of the right to know all causes against him or injuring him. Same deprives Plaintiff of the legal right to know and opportunity to respond to facts and present facts of, and pertaining to, the Defendant's injury to the Plaintiff.

   <u>Notice</u>: Opportunity to respond, basice due process of law, as well
           as voice a complaint of injury is meaningless without/absent
           full and complete disclosure of <u>all</u> facts and law applied.

Plaintiff claims legal right guaranteed by discovery and operation of law. There is no legal machanism of which Plaintiff is aware of that could

**RECEIVED**

AUG 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

deny right to know. In any reply that Defendants may give Plaintiff has a right to have copies of any such records or documents said reply is based on, to properly respond and clarify how Defendants have injured Plaintiff by thier actions. Absent such reply to defend or rebut is improper absent the examination by the Court and the Plaintiff, of any such record,.report, and or document relied on by Plaintiff to establish actionable injuries. This Court being called upon under its offer and obligation to provide a remedy must order disclosure of all materials listed in this Subpoena Duces Tecum. To do less is unfair, unjust, prejudice and impeaches the integrity of the Courts in the public perceptions of its actions. Plaintiff prays for a ruling in his favor in the name of justice, FRCVP Rule 44 in aid of Plaintiff's reply to Defendant's forth coming response.

Restricted Signature

Respectfully submitted,
Without Prejudice

_____
Larry Cochran-Sovereign
Secured Party/Creditor
By Special Appearance
Auth. Rep.

c/o 201 FCI Lane
    Glenville, West Virginia [26351]

DATED: 8/22/08
**MAIL BOX RULE**

Due to the lack of response from the Defendants at this point all copies were sent to the Clerk of the Court via Institutional Legal Mail.

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| Larry Cochran Auth.Rep.                ) | |
| Secured Party/Creditor                 ) | CIVIL ACTION NUMBER |
| By **Special Appearance**              ) | |
|         Plaintiff,                     ) | ___08-1446___ |
|                                        ) | |
| vs.                                    ) | |
|                                        ) | |
| EXECUTIVE OFFICES FOR U.S. ATTORNEYS   ) | SUBPOENA DUCES TECUM |
| DEPARTMENT OF JUSTICE                  ) | ******************** |
|                                        ) | |
| DEPARTMENT OF TREASURY et al,          ) | |
|         Defendant(s).                  ) | |

**TO:** William G. Stewart, d.b.a. Assistant Director
EXECUTIVE OFFICES FOR U.S. ATTORNEYS et al,
UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, DISTRICT OF COLUMBIA 20530

Henry M. Paulson, d.b.a. Secretary-In-Charge
Hugh Gilmore, d.b.a. Director Disclosure Sevices
Cynthia Sydnor d.b.a. Disclosure Officer, Financial Management Services
DEPARTMENT OF TREASURY
WASHINGTON, DISTRICT OF COLUMBIA 20220

**YOU ARE COMMANDED** WILLIAM G. STEWART, HENRY M. PAULSON, HUGH GILMORE, CYNTHIA SYDNOR, and other Defendant(s), in lieu of your reply to produce original(s) and/or certified copies of all the below said document(s) to Plaintiff Larry Cochran at c/o FCI Lane, Glenville, West Virginia [26351]. Identifying the authenticity and completeness of each document under penalty of perjury.

**FROM WILLIAM G. STEWART/EXECUTIVE OFFICE FOR U.S. ATTORNEYS**

1. Criminal Bonding Information for U.S. District Court Northern District of Indiana Case No. 2:06-cr00114

2. Judgment Numbers and all Judgment Information for Case No. 2:06-cr-00114

3. Commercial Bonding Certification for Case No. 2:06-cr00114

4. Noted Criminal Case Bonding and/or the pledge for the Financing of the Criminal Case No. 2:06-cr-00114

5. Certified True, Correct, and Complete Copies of Bond(s) and Judgment(s), and Identification of Bond Number(s), Amount(s), and Holder(s) of Bond(s)

6. Certified Identification of Amount Secured Per Bond Per each offense in Case No. 2:06-cr-00114

7. The Expiration Date and Specific Interest for the Specified Length of Time of these Bond(s) in Case No. 2:06-cr-00114

8. Which Government Body and/or whom or what "PERSON(S)" i.e. CORPORATIONS, COMPANIES, ASSOCIATIONS, FIRMS, PARTNERSHIPS, SOCIETIES, JOINT STOCK COMPANIES, INDIVIDUALS, and/or OFFICRES:
   (a) SECURED the Bond(s)
   (b) Holds the Bond(s)
   (c) Any information concerning Bond(s) not Exempt by 5 USC Section (a)(6)(c), (b)(7), 5 USC Section (a)(j)(2), (K)(2)

9. 1099OID Original Issue Discount & 1099INT Interest Income


**FROM HENRY M. PAULSON/DEPARTMENT OF TREASURY/DISCLOSURE SERVICES/FINANCIAL MANAGEMENT/HUGH GILMORE/CYNTHIA SYDNOR**

1. Complete Debt Assessment of all Debt(s), Liabilities, Bond(s), obligations, Encumbrances and the like in the name of the Debtor LARRY COCHRAN, in the name of the Secured Party/Creditor Larry Cochran, and in United States District Court Northern District of Indiana Case No. 2:06-cr-00114.

2. Complete Assessment of All Accounts (i.e. UCC Contract Trust Account # 334507332, Treasury Account # 334507332 & RR 065 967 566 US, Exemption Account # 334507332): All Transactions on Accounts(s) in the name of the Debtor LARRY COCHRAN, in the name of the Secured Party/Creditor Larry Cochran, and in United States District Court Northern District of Indiana Case No. 2:06-cr-00114.

3. Complete Assessment of All Set-Offs, Discharges. Releases, Recalls, Settlement(s), Closures, and Adjustments of Debts, Obligations, Claims, Bills, Taxes, Liabilities, Orders, Bond(s), Judgment(s) in the name of the Debtor LARRY COCHRAN, in the name of the Secured Party/Creditor Larry Cochran, and in United States District Court Northern District of Indiana Case No. 2:06-cr-00114.

4. Complete Assessment of All Bond(s), Judgment(s), Obligations in the name of the Debtor LARRY COCHRAN, in the name of the Secured Party/Creditor Larry Cochran, and in Case No. 2:06-cr-00114, the Creator and Holder of all Bond(s), Judgment(s), Obligations....etc, and the Amount of All Bond(s), Judgment(s), Obligations(s), Claim(s), Debt(s), Bill(s), Taxes and the like in the Debtor's LARRY COCHRAN, the Secured Party/Creditor's name Larry Cochran, and in U.S.D.C. Case No. 2:06-cr-00114.

5. The 1099OID; "The Original Issue Discount" the identification of the Principal and/or Sponsor for the credit that funded the Treasury Bill in the first place, in the name of the Debtor LARRY COCHRAN, in the name of the Secured Party/Credtiro Larry Cochran, and in U.S.D.C. Case No. 2:06-cr-00114.

6. The 1099INT; "The Interest Income" Report of where, the interest accrued from the Original Debt Instrument, was paid to , in the name of the Debtor LARRY COCHRAN, the Secured Party/Creditor, and Case No. 2:06-cr-00114.

7. Copies of All Bond(s) (i.e. Standard Forms SF273, SF274, SF275, "MILLER ACT BOND(S)" , NON-MILLER ACT BOND(S)).in the name of the Debtor LARRY COCHRAN, Secured Party/Creditor Larry Cochran, and in U.S.D.C. Case NO. 2:06-cr-00114.

Date_____     _____
                                                            Clerk