UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LARRY COCHRAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-1446 (RMC) |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM OPINION

Plaintiff brought this action under the Freedom of Information Act ("FOIA"), *see* 5 U.S.C. § 552, claiming that neither the United States Department of the Treasury nor the Executive Office for United States Attorneys, a component of the United States Department of Justice, released the records he requested. On March 6, 2009, Defendants filed a motion for summary judgment, arguing that each government entity reasonably construed Plaintiff's request, that staff conducted adequate searches reasonably calculated to locate responsive records, and that each entity otherwise complied in full with its obligations under the FOIA. On March 9, 2009, the Court issued an Order advising Plaintiff of his obligation to file an opposition or other response to the motion. The Order notified Plaintiff that, if he failed to respond by April 24, 2009, the Court would treat the motion as conceded. On Plaintiff's motion, the Court extended his filing deadline to May 26, 2009. On June 1, 2009, the Clerk of Court received plaintiff's response, which he mailed from prison on May 25, 2009.

"The Plaintiff agrees with the issuance of Summary Judgment in this case, and requests that the Court grant this Summary Judgment." Reply to Def.'s Mot. for Summ. J. at 1. Accordingly, the Court will grant Defendants' motion as conceded, and will deny Plaintiff's motion to compel production of documents as moot.

An Order accompanies this Memorandum Opinion.


Date: July 28, 2009                                  /s/
                                            ROSEMARY M. COLLYER
                                            United States District Judge